U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 FEB 14 PM 3:50

CLERK
BY /AL/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

SPORTSMEN'S ALLIANCE FOUNDATION;
VERMONT BEARHOUND ASSOCIATION;
VERMONT FEDERATION OF SPORTSMEN'S
CLUBS; VERMONT TRADITIONS COALITION;
and LUKE MARTIN

    Plaintiffs,

v.

U.S. FISH AND WILDLIFE SERVICE; MARTHA
WILLIAMS, in her official capacity as Director of
the U.S. Fish and Wildlife Service;

    Defendants.

Case No. 2:22-cv-00175-cr

## STIPULATED MOTION TO AMEND BRIEFING SCHEDULE

Plaintiffs Sportsmen's Alliance Foundation, Vermont Bearhound Association, Vermont Federation of Sportsmen's Clubs, Vermont Traditions Coalition, and Luke Martin respectfully move to extend the briefing schedule on the parties' motions for summary judgment by four weeks. The parties have been working diligently to supplement the administrative record and review the record for completeness. Plaintiffs, however, need additional time to prepare their motion for summary judgment due to competing professional obligations of counsel. More specifically, Plaintiffs request the following modification to the briefing schedule:

1. Plaintiffs' motion for summary judgment is due by **March 19, 2024**.

2. Defendants' combined opposition and cross-motion for summary judgment is due by **April 18, 2024**.

3. Plaintiffs' combined opposition and reply is due by **May 20, 2024**.

4. Defendants' reply is due by **June 3, 2024**.

Defendants U.S. Fish and Wildlife Service and Martha Williams do not oppose this extension.

WHEREFORE, Plaintiffs respectfully request that the Court extend the briefing schedule on the parties' motions for summary judgment by four weeks as set forth above.

Dated: February 13, 2024.                    Respectfully submitted,

James H. Lister (DC Bar 447878)              By: /s/ Alexandrea L. Nelson
(admitted *pro hac vice*)                    Alexandrea L. Nelson
Brian V. Gerd (DC Bar 90001929)              Sheehey Furlong & Behm, P.C.
(admitted *pro hac vice*)                    30 Main Street, P.O. Box 66
Birch Horton Bittner & Cherot, P.C.          Burlington, VT 05402-0066
1100 Connecticut Ave. NW, Ste. 825           (802) 864-9891
Washington, D.C. 20036                       anelson@sheeheyvt.com
(202) 862-8368
jlister@bhb.com
bgerd@bhb.com

*Attorneys for Plaintiffs*

**APPROVED and SO ORDERED:**

Date: 2/14/24                                _____
                                             Honorable Christina Reiss
                                             United States District Judge