UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 APR -2 PM 3:56

CLERK

BY **LAW**
DEPUTY CLERK

| | |
|---|---|
| SPORTSMEN'S ALLIANCE FOUNDATION; VERMONT BEARHOUND ASSOCIATION; VERMONT FEDERATION OF SPORTSMEN'S CLUBS; VERMONT TRADITIONS COALITION; and LUKE MARTIN, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FISH AND WILDLIFE SERVICE and MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service, <br><br> Defendants. | Case No. 2:22-cv-00175-cr |

## STIPULATED MOTION TO AMEND BRIEFING SCHEDULE

Plaintiffs Sportsmen's Alliance Foundation, Vermont Bearhound Association, Vermont Federation of Sportsmen's Clubs, Vermont Traditions Coalition, and Luke Martin respectfully move to extend the briefing schedule on the parties' motions for summary judgment by two weeks. This extension is necessary to give Defendants an opportunity to consider Plaintiffs' settlement offer. Plaintiffs request the following modification to the briefing schedule:

1. Plaintiffs' motion for summary judgment is due by **April 16, 2024**.
2. Defendants' combined opposition and cross-motion for summary judgment is due by **May 30, 2024**.
3. Plaintiffs' combined opposition and reply is due by **July 1, 2024**.
4. Defendants' reply is due by **July 15, 2024**.

Defendants do not oppose this extension.

WHEREFORE, Plaintiffs respectfully request that the Court extend the briefing schedule on the parties' motions for summary judgment as set forth above.

Dated: April 1, 2024.

Respectfully submitted,

By: */s/ Alexandrea L. Nelson*
Alexandrea L. Nelson, Esq.
SHEEHEY FURLONG & BEHM P.C.
Sheehey Furlong & Behm P.C.
30 Main Street, P.O. Box 66
Burlington, VT 05402-0066
(802) 864-9891
anelson@sheeheyvt.com

*Attorneys for Plaintiffs*

**APPROVED and SO ORDERED:**

Date: 4/2/24

_____
Honorable Christina Reiss
United States District Judge