U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 APR 30 PM 4:29

CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| SPORTSMEN'S ALLIANCE FOUNDATION; VERMONT BEARHOUND ASSOCIATION; VERMONT FEDERATION OF SPORTSMEN'S CLUBS; VERMONT TRADITIONS COALITION; and LUKE MARTIN,<br><br>   Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE and MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service,<br><br>   Defendants. | Case No. 2:22-cv-00175-cr |

## STIPULATED MOTION TO AMEND BRIEFING SCHEDULE

Plaintiffs Sportsmen's Alliance Foundation, Vermont Bearhound Association, Vermont Federation of Sportsmen's Clubs, Vermont Traditions Coalition, and Luke Martin respectfully move to extend the briefing schedule on the parties' motions for summary judgment by two weeks. This extension is to facilitate discussion of a negotiated resolution. Plaintiffs anticipate that this will be the last extension requested absent unforeseen circumstances. Plaintiffs request the following modification to the briefing schedule:

1. Plaintiffs' motion for summary judgment is due by **May 14, 2024**.

2. Defendants' combined opposition and cross-motion for summary judgment is due by **June 27, 2024**.

3. Plaintiffs' combined opposition and reply is due by **July 29, 2024**.

4. Defendants' reply is due by **August 12, 2024**.

Defendants do not oppose the requested extension.

WHEREFORE, Plaintiffs respectfully request that the Court extend the briefing schedule on the parties' motions for summary judgment as set forth above.

Dated at Burlington, Vermont this 30th day of April, 2024.

Respectfully submitted,

By: /s/ Alexandrea L. Nelson
Alexandrea L. Nelson, Esq.
SHEEHEY FURLONG & BEHM P.C.
Sheehey Furlong & Behm P.C.
30 Main Street, P.O. Box 66
Burlington, VT 05402-0066
(802) 864-9891
anelson@sheeheyvt.com

*Attorneys for Plaintiffs*

**APPROVED and SO ORDERED:**

Date: 4/30/24

Honorable Christina Reiss
United States District Judge