U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 MAY 15  AM 11: 25

CLERK
BY _____/s/_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| SPORTSMEN'S ALLIANCE FOUNDATION; VERMONT BEARHOUND ASSOCIATION; VERMONT FEDERATION OF SPORTSMEN'S CLUBS; VERMONT TRADITIONS COALITION; and LUKE MARTIN, <br><br>Plaintiffs, <br><br>v. <br><br>U.S. FISH AND WILDLIFE SERVICE and MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service, <br><br>Federal Defendants. | Case No: 2:22-cv-00175-CR |

## STIPULATED MOTION TO AMEND BRIEFING SCHEDULE

Federal Defendants U.S. Fish and Wildlife Service and Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service, (collectively "Federal Defendants"), respectfully move to extend the briefing schedule on the parties' motions for summary judgment by two weeks. This extension is to facilitate discussion of a negotiated resolution, for which Federal Defendants require additional time to review.

Federal Defendants therefore request the following modification to the briefing schedule:

1. Plaintiffs' motion for summary judgment is due by **May 21, 2024**.

2. Federal Defendants' combined opposition and cross-motion for summary judgment is due by **July 4, 2024**.

3. Plaintiffs' combined opposition and reply is due by **August 5, 2024**.

4. Federal Defendants' reply is due by **August 19, 2024**.

Plaintiffs do not oppose the requested extension.

WHEREFORE, Federal Defendants respectfully request that the Court extend the briefing schedule on the parties' motions for summary judgment as set forth above.

Dated at Washington, D.C. this 14th day of May, 2024.

        Respectfully submitted,
        TODD KIM, Assistant Attorney General
        S. JAY GOVINDAN, Section Chief
        MEREDITH FLAX, Deputy Section Chief

        */s/ Jacob Jose*
        JACOB JOSE, Trial Attorney (CO Bar # 59582)
        U.S. Department of Justice
        Environment and Natural Resources Division
        Wildlife and Marine Resources Section
        Ben Franklin Station, P.O. Box 7611
        Washington, D.C. 20044-7611
        (202) 341-1749 (tel)
        (202) 305-0275 (fax)
        Jacob.jose@usdoj.gov

        Attorneys for Federal Defendants

**APPROVED and SO ORDERED:**

Date: 5/14/24

        Honorable Christina Reiss
        United States District Judge